IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY LEE SULDA, | ) | |
| | ) | Case No. 17-cv-2350 |
| Plaintiff, | ) | |
| | ) | **Judge Manish S. Shah** |
| v. | ) | |
| | ) | **Magistrate Judge Susan E. Cox** |
| WINSTON DAN VOGEL, | ) | |
| JAVIER SAJNOVSKY AKA | ) | |
| "CHAIM" SAJNOVSKY, | ) | |
| ALBERT ABRAMOV, | ) | |
| SHIPPINGQUEST.COM, LLC | ) | |
| (A DELAWARE LIMITED LIABILITY | ) | |
| COMPANY), | ) | |
| PRICE BREAK SHIPPING USA, LLC | ) | |
| (A DELAWARE LIMITED LIABILITY | ) | |
| COMPANY) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Wendy Lee Sulda files this Motion pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 26.2. Plaintiff requests leave to maintain under seal bank statements and account related information for Terminal Logistics LLC, obtained via subpoena from Bank of America, and preliminarily placed on the record as attachments to the authenticating affidavit of Frank Harlow. [Docs. 178 & 179] Consistent with Local Rule 26.2(c), Plaintiff will timely file properly redacted, public facing copies of all documents submitted under seal.

(Date and Signature on the Following Page)

Dated this 13th day of October, 2018.

          /s/ L. Ford Banister, II
Bar No. 5446539
The Law Office of L. Ford Banister, II
244 5th Avenue, Ste. 1888
New York, NY 10001
Mailing Address
PO Box 3514 PMB 23332
New York, NY 10008
Telephone: U.S No. 212-574-8107
Fax: (646) 365-3459
Email: ford@fordbanister.com
*Attorney for Plaintiff*