# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Wendy Lee Sulda

                      Plaintiff,

v.                                              Case No.: 1:17–cv–02350
                                                          Honorable Manish S. Shah

www.shippingquest.com, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 23, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, attorneys Steven N. Fritzshall and Brad J. Pawloski's motion to withdraw as attorney for all defendants [188] is granted. Steven N. Fritzshall and Brad J. Pawloski are terminated as counsel of record for all defendants. For the reasons stated in open court, Plaintiff Wendy Lee Sulda's motions to seal document [181], for preliminary injunction [171], and to appoint receiver [170] are denied. The clerk is directed to remove the sealed filing [179] from the docket, and plaintiff shall file a public document with appropriate redactions. Plaintiff Sulda's motion for joinder [190] is taken under advisement. No appearance is necessary on the motion hearing set for 10/30/2018 at 9:45 a.m. Notices mailed. (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.