**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Wendy Lee Sulda

                                          Plaintiff,

v.                                                           Case No.: 1:17–cv–02350
                                                           Honorable Manish S. Shah

Price Break Shipping USA, LLC, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 21, 2019:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. Plaintiff's motion to compel [149] is denied. For the reasons stated in open court, plaintiff's motion for joinder of non−parties [153] is granted. The court finds that David Galapo, Drive New, LLC, and Terminal Logistics, LLC have forfeited any objection to being named as defendants to the judgment and may be joined under FRCP 25(C) as judgment debtors. Plaintiff's motion to set aside fraudulent transfer [159] is granted. The court finds that Winston Vogel's $19,600 transfer to New Drive, LLC was an intentional attempt to avoid the judgment awarded to plaintiff in this litigation. Plaintiff's motion to join Shimon Galapo, Diplomat Hallandale, LLC, Stav Ben Haim, and BHS Logistics [190] is denied in part, and entered and continued in part. The request to join Stav Ben Haim, and BHS Logistics is denied, but the request to join Shimon Galapo and Diplomat Hallandale remains under advisement. Respondent Galapo's motion to quash subpoena [222] and plaintiff's motion to compel [228] are granted in part and denied in part. Respondent shall comply with the following sections of the subpoena by 4/11/19: 1. N through Q, going back 2 years; 4.A through C, going back 2 years; 4.E and F, going back 2 years; 4.H, going back 2 years; and 6.T, going back 5 years. By 4/25/19, the parties shall file simultaneous supplemental briefs on the FRCP 25(C) issue as to Shimon Galapo and Diplomat Hallandale, LLC. The court will issue a ruling via cm/ecf. No sanctions are imposed in connection with the motions to compel or quash. Plaintiff may submit a proposed order of judgment against the defendants David Galapo, Drive New, LLC, and Terminal Logistics to proposed_order_shah@ilnd.uscourts.gov. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.